DECEMBER 18, 1944

**No. 49880.**—SUIT 4471.— —*United States* v. *Garlock Packing Co.* C. D. 812 reversed October 30, 1944, C. A. D. 289.

**No. 49881.**—SUIT 4475.— —*United States* v. *E. H. Bailey & Co.* C. D. 821 reversed October 30, 1944, C. A. D. 291.